# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA GONZALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>  Defendant. | Case No. 1:20-cv-00982-AWI-SAB<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT<br><br>(ECF Nos. 21, 22) |

On October 19, 2020, Plaintiff filed an unopposed motion for leave to file a second amended complaint and a stipulation was filed to extend time for Defendant to respond to the first amended complaint. (ECF Nos. 21, 22.) Under Rule 15(a) of the Federal Rules of Civil Procedure, leave to amend shall be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2). Based on Defendant's lack of opposition to Plaintiff's motion for leave to amend, the motion shall be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's unopposed motion for leave to file a second amended complaint is GRANTED;

2. Plaintiff shall file her second amended complaint within **two (2) days** of the date of service of this order; and

///

1

3. Defendant shall file a responsive pleading within **fourteen (14) days** of the date of entry of the second amended complaint.

IT IS SO ORDERED.

Dated: __**October 19, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE

2